# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 197 WAL 2023

           Respondent    :

                    :    Petition for Allowance of Appeal
                    :    from the Order of the Superior Court

           v.            :

VINCENT SMITH,    :

           Petitioner    :

## ORDER

**AND NOW**, this 5th day of June, 2024, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

> Did the *en banc* panel erroneously hold that the unit of prosecution for the offense of arson endangering persons, 18 Pa. C.S. § 3301(a)(1)(i), is not each arson, but, rather, each endangered person, a question of first impression and substantial public importance that will impact myriad arson prosecutions throughout the Commonwealth going forward?

> Justice McCaffery did not participate in the consideration or decision of this matter.